Eric I. Abraham, Esq. (eabraham@hillwallack.com)
William P. Murtha, Esq. (wmurtha@hillwallack.com)
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08543
Telephone:  609.924.0808

*Attorneys for Defendants, MSN Laboratories Private Ltd.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEXGEN LIFESCIENCES,<br><br>    Plaintiffs,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LTD.,<br><br>    Defendants. | Civil Action No. 2:22-cv-02901<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF A. NEAL SETH, ESQ.** |

TO:   Counsel of Record

**PLEASE TAKE NOTICE** that on _____ at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for Defendant, shall apply before the United States District Court for an Order pursuant to Local Rule 101.1(c) granting A. Neal Seth, Esq. *pro hac vice* admission in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** the movant shall reply upon the annexed certifications of A. Neal Seth, Esq. and Eric I. Abraham, Esq. in support of this motion.

**PLEASE TAKE FURTHER NOTICE** the Plaintiffs consent to the relief sought herein and the admission of A. Neal Seth, Esq. *pro hac vice* in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

    Respectfully submitted,

By   */s/ Eric I. Abraham*
      Eric I. Abraham
      Hill Wallack, LLP
      21 Roszel Road
      Princeton, New Jersey 08540
      Telephone: (609) 924-0808
      Telecopier: (609) 452-1888

Dated: August 17, 2022

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing

### MOTION FOR PRO HAC ADMISSION

is to be electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| August 15, 2022 | /s/ Eric I. Abraham |
| Date | ERIC I. ABRAHAM |