Eric I. Abraham, Esq. (eabraham@hillwallack.com)
William P. Murtha, Esq. (wmurtha@hillwallack.com)
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08543
Telephone: 609.924.0808

*Attorneys for Defendants, MSN Laboratories Private Ltd.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEXGEN LIFESCIENCES,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MSN LABORATORIES PRIVATE LTD.,<br><br>　　　　Defendants. | Civil Action No. 2:22-cv-02901<br><br>**CERTIFICATION OF ERIC ABRAHAM, ESQ. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF A. NEAL SETH, ESQ.** |

I, Eric I. Abraham, being of full age, hereby certify as follows:

1.　I am an attorney-at-law of the State of New Jersey in good standing and am a partner with the law firm of Hill Wallack LLP, co-counsel for the Defendant, MSN Laboratories Private, Ltd.  As such, I am personally familiar with

the facts set forth herein and am authorized to make this Certification on behalf of Defendant.

2. This Certification is submitted in support of Defendants' Motion for admission of A. Neal Seth, Esq. *Pro Hac Vice* pursuant to Local Rule 101.1.

3. I am duly qualified to practice law in the State of New Jersey pursuant to New Jersey Court Rule 1:21-1 and am admitted to practice before this Court pursuant to Local Rule 101.1.

4. I hereby agree to accept service on behalf of Defendant in this matter and together with A. Neal Seth, Esq. to review and sign all pleadings or other papers to be filed with this Court.

5. I hereby agree to be responsible for the conduct of A. Neal Seth, Esq. upon his admission *pro hac vice* and to ensure that *pro hac vice* counsel comply with the Local Civil Rules of the Court, including but not limited to Local Rule 101.1(c).

6. I hereby agree to make all appearances in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2022                    /s/ Eric I. Abraham_____
                                                                  ERIC I. ABRAHAM, ESQ.