Eric I. Abraham, Esq. (eabraham@hillwallack.com)
William P. Murtha, Esq. (wmurtha@hillwallack.com)
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08543
Telephone:  609.924.0808

*Attorneys for Defendants, MSN Laboratories Private Ltd.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEXGEN LIFESCIENCES,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LTD.,<br><br>　　　　Defendants. | Civil Action No. 2:22-cv-02901<br><br>**CERTIFICATION OF A. NEAL SETH, ESQ. IN SUPPORT OF ADMISSION PRO HAC VICE** |

　　　　I, A. Neal Seth, hereby certify and state:

　　　　1.　　I am a Partner with the law firm of Wiley Rein, LLP having offices located at 2050 M Street NW, Washington, DC 20003, retained to represent Defendant in the above-captioned matter currently pending in the United States District Court for the District of New Jersey.

2. I have never been suspended from the practice of law in any jurisdiction, nor have I been disciplined or censured by any disciplinary authority of any bar in which I have been admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

3. I am duly admitted and currently in good standing to practice law in the following jurisdictions, for which I list my year of admission and the address of the official or office maintaining the roll of such members of its bar:

| Court / Jurisdiction | Year of Admission | Court Office and Address |
| --- | --- | --- |
| District of Columbia | 2002 | The District of Columbia Bar 1101 K Street, NW Suite 200 Washington, DC 20005 |
| U.S. Supreme Court | 2005 | 1 First Street NE, Washington, DC 20543 |
| U.S. Court of Appeals for the Federal Circuit | 2006 | 717 Madison Place, NW Washington, DC 20438 |

4. I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the local rules of the Court.

5. I agree to abide by the Local Civil Rule 101.1(c).

6. I agree to strictly observe the dates fixed for scheduling conferences, motions, brief, pre-trial conferences, trial and other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper.

7. Pursuant to Local Civil Rule 101.1(c), I agree to pay the required fee to the Clerk of the United States District Court for the District of New Jersey.

8. I further agree, pursuant to Local Rule 101.1(c)(2), to make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

9. If granted *pro hac vice* admission, I will in good faith continue to advise counsel who was moved for the *pro hac vice* admission, Eric I. Abraham, as to the status of this matter for which *pro hac vice* admission has been granted and all material developments therein.

10. I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Defendant in this matter.

I affirm under penalties of perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

                                              Respectfully submitted,

                                              */s/ Neal Seth*

                                              _____

                                              A. Neal Seth

Dated:  August 15, 2022