

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 main | 609.452.1888 fax

www.hillwallack.com

Writer's Direct Dial: (609) 734-6395
E-Mail Address: eabraham@hillwallack.com

March 1, 2023

<u>VIA ECF</u>

Honorable José R. Almonte
United States District Court
50 Walnut Street
Newark, New Jersey 07102

  Re: <u>Nexgen Lifesciences, LLC v. MSN Laboratories Private Limited</u>
     Docket No.: 2:22-cv-02901-MCA-JRA

Dear Judge Almonte:

  We, together with Wiley Rien LLP, represent defendant MSN Laboratories Private Limited ("MSN"). Pursuant to the requirements of Paragraph 6 of the Pretrial Scheduling Order, we write to inform the Court that MSN has no further discovery disputes to raise in this case.

  Pursuant to the Court's March 1, 2023, order concerning D.I. 38 and 39, MSN will respond as directed on March 8, 2023.

            Respectfully submitted,

            By: <u>/s/ Eric I. Abraham</u>
               ERIC I. ABRAHAM

cc: All counsel of record (via ECF)