# GLENN AGRE BERGMAN & FUENTES

Reid Skibell<br>
rskibell@glennagre.com<br>
1185 Avenue of the Americas, 22nd Floor<br>
New York, NY 10001<br>
212.970.1610

March 9, 2023

**VIA ECF**

Honorable José R. Almonte, United States Magistrate Judge
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

   Re: <u>Nexgen Lifesciences, LLC v. MSN Laboratories Private, Ltd.</u>,
     <u>Civil Action No. 2:22-cv-02901</u>

Dear Judge Almonte,

  We write on behalf of Plaintiff, Nexgen Lifesciences, LLC, in the above referenced action. Unfortunately, Nexgen's lead counsel, Paul Thanasides, has a previously scheduled appearance that will prevent him from traveling from Florida to New Jersey for the in-person hearing presently scheduled for March 20, 2023 at 10:00 am. To address this situation, we respectfully request that the Court modify the hearing so that it may be conducted remotely by Zoom or similar means. Alternatively, we respectfully request that the Court adjourn the hearing to either March 22 or March 28, which would permit Mr. Thanasides to attend.

  While we asked defendant counsel if they would consent to have the hearing conducted by Zoom as a reasonable accommodation, they declined to do so.

            Respectfully Submitted**,**

            /s/  *Reid Skibell*
            Reid Skibell

cc: All counsel of record (via ECF)

**Glenn Agre Bergman & Fuentes LLP**
New York
San Francisco
glennagre.com