**Glenn Agre Bergman & Fuentes LLP**
**1185 Avenue of the Americas, 22nd Floor**
**New York, New York 10036**
**212.970.1620**
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
:
NEXGEN LIFESCIENCES, LLC,    :    Case No. 2:22-cv-02901-MCA-JRA
:
       Plaintiff,    :    Judge Madeline Cox Arleo
:
v.    :    **NOTICE OF APPERANCE**
:
MSN LABORATORIES PRIVATE    :
LIMITED,    :
:
       Defendant.    :
:
---------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD, I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff.

Dated:  March 19, 2023

                                          **GLENN AGRE BERGMAN & FUENTES LLP**

                                          By:  s/ *Jewel K. Tewiah*
                                               Jewel K. Tewiah

                                               Glenn Agre Bergman & Fuentes LLP
                                               1185 Avenue of the Americas, 22nd Floor
                                               New York, New York 10036
                                               212.970.1620

                                               *Attorneys for Plaintiff*