## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEXGEN LIFESCIENCES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LIMITED, <br><br> Defendant. | Civil Action No. <br><br> 22-cv-02901 (MCA) (JRA) <br><br><br> **FIRST AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a March 20, 2023 discovery dispute hearing and by way of Plaintiff's letter dated February 28, 2023, seeking an extension to the time to complete discovery (ECF No. 39), and for good cause shown,

**IT IS, on this 20th day of March 2023, ORDERED** that the Pretrial Scheduling Order entered **September 27, 2022** (ECF No. 30) is hereby amended as follows:

1. Fact discovery is extended through **June 30, 2023**.  No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

    a. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **May 31, 2023**.  The Court will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

    b.  The deadline to complete all written fact discovery and to complete the production of documents is **May 10, 2023**.

    c.  Privilege logs, and any other logs reflecting documents withheld by either party shall be exchanged by **May 17, 2023**.

2. All affirmative expert reports shall be delivered by **July 31, 2023**.  Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **August 30, 2023**.  Any such report shall comport with the form and content requirements referenced above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **September 29, 2023**.

5. An in-person settlement conference is scheduled for **May 9, 2023, at 10:00 a.m.**  The senior attorney in charge of the case and client(s) with full settlement authority shall appear in person at the Frank R. Lautenberg Post Office and US Courthouse, 2 Federal Square, Courtroom 9, Newark, New Jersey.  On or before **May 2, 2023**, the parties shall submit confidential letters of five (5) pages or less to Chambers summarizing the relevant facts, legal disputes, status of the case, and their respective settlement positions.  Please send the papers via email to jra_orders@njd.uscourts.gov.

6.  Except as modified here, all other terms in the Pretrial Scheduling Order (ECF

No. 30) remain in effect.

_____
HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE