UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEXGEN LIFESCIENCES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LIMITED,<br><br>Defendant. | Civil Action No.<br><br>22-cv-02901 (MCA) (JRA)<br><br>**ORDER REGARDING DISCOVERY DISPUTES** |

**THIS MATTER** having come before the Court by way of the parties' letters dated February 28, 2023, March 8, 2023, March 10, 2023, and March 13, 2023 (ECF Nos. 38-39, 42-43, 46-47); and Plaintiff Nexgen Lifesciences, LLC ("Plaintiff"), having raised disputes over Defendant MSN Laboratories Private Limited's ("Defendant") responses to discovery requests and document production (ECF Nos. 38, 46); and Plaintiff having requested an extension of time to complete discovery (ECF No. 39); and Defendant having filed responses to Plaintiff's letters (ECF Nos. 42-43, 47); and the Court having held a hearing with the parties on the record on March 20, 2023; and for the reasons stated on the record;

**IT IS** on this **20th** day of **March 2023**, **ORDERED** that:

1. The issues concerning Defendant's responses to discovery responses raised in Plaintiff's letter at ECF No. 38 are **MOOT**.

2. Plaintiff's request for an extension to the deadlines to complete discovery (ECF No. 39) is **GRANTED**. The Court will enter an amended scheduling order reflecting the new deadlines.

3. The issues identified in the parties' letters at ECF Nos. 46 and 47 shall not be considered by the Court at this time in light of the parties' failure to meet and confer as required by Local Civil Rule 37.1(a)(1). Failure by any party to meet and confer in good faith or participate in the joint letter protocol may result in sanctions.

                                                     *[signature]*

Hon. José R. Almonte
United States Magistrate Judge